```
FILED
UNITED STATES DISTRICT COURT
     DENVER, COLORADO

   OCT 24 2023

JEFFREY P. COLWELL
        CLERK
```

# LETTER OF INTENT TO SUE

Deonte Johnson
8500 Peña Blvd, Denver, CO, Denver, Colorado, 80249
7342176004
Juglobal769@gmail.com

Effective Date: October 3 2023

**RE: NOTICE OF INTENT TO FILE LAWSUIT**

Dear Frontier Airlines,

This letter of intent to sue shall serve as a formal notice that Deonte Johnson intends to commence a lawsuit against you due to the following: I was also harassed with they malicious tactics. They made me feel uncomfortable & didn't care to stop. You will be sued for every action you've performed. I'm suing for making my FLIGHT harder than what it could've been. I also was being stalled in the same place longer than I should've been. They made me lose out on things I was suppose to do because of them not being responsible or doing they job at all. I lost a lot of time & I want compensation for not having good customer service.

**I. THE PLAINTIFF.** Deonte Johnson (the "Plaintiff").

**II. THE DEFENDANT.** Frontier Airlines (the "Defendant").

**III. SETTLEMENT DEMAND.** As a result of your actions, the Plaintiff is willing to resolve the matter by you meeting the following demands: I want 1 billion dollars
Direct deposit
Routing 124303162
Account number 15210074047036

This offer to cure and/or settle this matter outside of court and avoid a lawsuit is valid for 30 days from the Effective Date.

**IV. GOVERNING LAW.** This Letter of Intent shall be governed under the laws of the State of Colorado.

Sincerely,

Page 1

_____
Deonte Johnson

