IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02790-SBP
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

DEONTE JOHNSON,

    Plaintiff,

v.

FRONTIER AIRLINES,

    Defendant.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff, Deonte Johnson, resides in Denver, Colorado. On October 24, 2023, Plaintiff, proceeding *pro se*, filed a Letter of Intent to Sue (ECF No. 1)[1]. Accordingly, this civil action was opened.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court finds that Plaintiff's filings are deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue any claims in this action. Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  __X__     is not submitted
(2)  ____     is missing affidavit

---

[1] "(ECF No. 1)" is an example of the convention used to identify the docket number assigned to a specific filing by the court's Case Management/Electronic Case Files (CM/ECF) system. The convention is used throughout this order.#

1

(3) __   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) __   is missing certificate showing current balance in prison account
(5) __   is missing required financial information
(6) __   is missing authorization to calculate and disburse filing fee payments
(7) __   is missing an original signature by the plaintiff
(8) __   is not on proper form
(9) __   names in caption do not match names in caption of complaint, petition or habeas application
(10) X   other: In the alternative, Plaintiff may pay the $402.00 filing and administrative fees.

**Complaint, Petition or Application**:
(11) X   is not submitted
(12) __   is not on proper form
(13) __   is missing an original signature by the prisoner
(14) __   is missing page nos.
(15) __   uses et al. instead of listing all parties in caption
(16) __   names in caption do not match names in text
(17) __   addresses must be provided for all parties
(18) __   other:

Plaintiff may contact the Federal Pro Se Clinic at (303) 380-8786 or https://www.cobar.org/cofederalproseclinic for possible assistance in this matter. The Federal Pro Se Clinic is located on the first floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Complaint form and Application for Leave to Proceed in District Court Without Prepaying Fees or Costs (Long Form), along with the applicable instructions, at www.cod.uscourts.gov.

Plaintiff may pay the $402.00 filing fee instead of submitting the Application for Leave to Proceed in District Court Without Prepaying Fees or Costs (Long Form). It is

FURTHER ORDERED that, if Plaintiff fails to cure all designated deficiencies within thirty (30) days from the date of this order, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED October 30, 2023.

BY THE COURT:

Susan Prose
United States Magistrate Judge