**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

1:23-cv-2790

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 16 2023

JEFFREY P. COLWELL
                    CLERK
#3

US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$000.63
10/30/2023 ZIP 80294
043M31245131

DENVER CO 802
31 OCT 2023 PM 6

Deonte Johnson
8500 Pena Blvd
Denver, CO 80249

Return to sender:
Not at address

NIXIE  300  FE 1        0011/15/23
       RETURN TO SENDER
     ATTEMPTED – NOT KNOWN
      UNABLE TO FORWARD
BC: 80294250899    *1950-08458-10-40*