IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02790-SBP

DEONTE JOHNSON,

    Plaintiff,

v.

FRONTIER AIRLINES,

    Defendant.

## ORDER OF DISMISSAL

    Plaintiff, Deonte Johnson, resides in Denver, Colorado. On October 24, 2023, Plaintiff, proceeding *pro se*, filed a Letter of Intent to Sue (ECF No. 1). Accordingly, this civil action was opened.

    On October 30, 2023, Magistrate Judge Susan Prose ordered Plaintiff to cure certain designated deficiencies. (ECF No. 3). Specifically, Plaintiff was ordered to file his complaint on the court-approved complaint form. (*Id.*). Plaintiff was also ordered to either pay the $402.00 filing and administrative fees or submit a complete *in forma pauperis* motion on the court-approved form. (*Id.*). He was warned that the action would be dismissed without further notice if he failed to cure the deficiencies as directed within the time allowed. (*Id.*).

On November 16, 2023, the Court's October 30, 2023 Order Directing Plaintiff to Cure Deficiencies, which was sent to Plaintiff at the address he provided, was returned to the Court by the United States Postal Office and marked as undeliverable. (ECF No. 4). The stamp on the returned envelope states: "RETURN TO SENDER/ ATTEMPTED NOT KNOWN/ UNABLE TO FORWARD." (*Id.*). Plaintiff has failed to file a notice of change of address within five days of any change of address as required by the Court's local rules. *See* D.C.COLO.LCivR 5.1(c). Additionally, Plaintiff has failed to cure the deficiencies as directed within the time allowed and he has not communicated with the Court in any way since the October 30, 2023 Order. Therefore, the action will be dismissed for failure to cure deficiencies and failure to prosecute.

Furthermore, the Court certifies pursuant to § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he also must pay the full $505.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the action is dismissed without prejudice because Plaintiff failed to cure deficiencies within the time allowed and failed to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this   1st   day of    December   , 2023.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court